W. T. SPRINKLE v. J. H. SPRINKLE.

(Filed 24 April, 1912.)

Evidence excepted to not considered, as new trial is granted in plaintiff's appeal.

APPEAL by defendant from *Lyon, J.,* at December Term, 1911, of FORSYTH.

*Jones & Patterson for plaintiff.*
*Manly, Hendren & Womble for defendant.*

ALLEN, J. The judgment of the Superior Court was in favor of the defendant, and he appeals from an adverse ruling in the admission of evidence, which it is not necessary for us to consider, as the judgment is affirmed on the plaintiff's appeal.

Appeal dismissed.